FRANK KISSINGER v. THE STATE.

No. 5162.    Decided November 6, 1918.

**Receiving Stolen Property—Statement of Facts—Practice on Appeal.**

In the absence of the statement of facts, bills of exception to the charge of the court can not be reviewed, and the indictment being sufficient, the judgment is affirmed.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. C. A. Pippin.

Appeal from a conviction for receiving stolen property; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of receiving stolen property and awarded two years in the penitentiary.

The record is before us without a statement of facts or bills of exception, except to the charge of the court. These exceptions, in the

absence of the statement of facts, can not be intelligently reviewed. So far as the indictment is concerned and what was legitimately provable under it, the court's charge may have been without error, and in fact it may have pertinently and correctly applied the law to the case..

The judgment will be affirmed.

*Affirmed.*